**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 14, 2015

Hon. Sammy M. McCrary
Chief Felony Prosecutor
150 N. Seguin Ave, Suite 307
New Braunfels, TX 78130
* DELIVERED VIA E-MAIL *

Hon. Larry Warner
Attorney at Law
3109 Banyan Circle
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Hon. Jennifer Tharp
District Attorney
150 N. Seguin, Ste 307
New Braunfels, TX 78130
* DELIVERED VIA E-MAIL *

Hon. Laura Burton Bates
Assistant Criminal District Attorney
150 N. Seguin Ave., Ste. 307
Spring Branch, TX 78070
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00190-CR
Tr.Ct.No. CR-2011-196
Style:    ALBERT RODRIGUEZ MEDELLIN v. THE STATE OF TEXAS

Appellant's motion for extension of time to file motion for rehearing and appellant's motion for extension of time to file motion for rehearing en banc reconsideration in the above cause were this day GRANTED by this Court. The motion for rehearing and motion for rehearing en banc reconsideration have been marked "filed" as of May 4, 2015, their date of receipt.

In addition, appellant's motion for rehearing and appellant's motion for rehearing en banc reconsideration were this day DENIED by this Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:dot